UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KLAUSSNER INTERNATIONAL, LLC

07 CV 3180
Index No.

                         Plaintiff,                       **Rule 7.1 Statement**

   - against -

M.V. EASLINE TIANJIN, in rem; and YANG
MING MARINE TRANSPORT CORP.,

                      Defendants.
------------------------------------------------------------X


RECEIVED
APR 2 0 2007
U.S.D.C. S.D. N.Y.
CASHIERS

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, KLAUSSNER INTERNATIONAL LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                      NONE

Date: <u>April 20, 2007</u>

                                     _____
                                     Signature of Attorney

                                     Attorney Bar Code:  (JO#4394)

Form Rule7_1.pdf