**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

    KLAUSSNER

       V.
    MV EASLINE.

                                                 **ASSIGNMENT OF A**
                                                 **CIVIL CASE AS** RELATED

                                                 07-cv-3180

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is reassigned to the calendar of

                             **JUDGE  PATTERSON**

      All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

      The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

                                           J. Michael McMahon, CLERK

**Dated:** 4/30/07

                                  By:     **JULIAANN SCHEIB**
                                                   Deputy Clerk

cc: Attorneys of Record
<u>PS REASSIGNMENT FORM</u>

Data Quality Control                                                                                              Revised: March 9, 2001