8923.PMK
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006
 (212) 344-7042

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KLAUSSNER INTERNATIONAL, LLC,<br><br>            Plaintiff,<br><br>-against-<br><br>M/V "EASLINE TIANJIN", *in rem,* and YANG MING TRANSPORT COPR.;<br><br>            Defendant. | **07 cv 3180 (RPP)**<br><br>**Related cases:**<br>**07 cv 1357 (RPP)**<br>**07 cv 2562 (RPP)**<br>**07 cv 3104 (RPP)**<br>**07 cv 959 (RPP)**<br><br>**ECF CASE**<br><br>**YANG MING**<br>**RULE 7.1 STATEMENT** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Yang Ming Transport Corp. certifies that upon information and belief these Defendant have no corporate parents, subsidiaries, or affiliates which are publicly held.

    Dated:  New York, New York
             June 18, 2007

                                      CICHANOWICZ, CALLAN, KEANE,
                                      VENGROW & TEXTOR, LLP
                                      *ATTORNEYS FOR YANG MING*
                                      By: _s/ Paul M. Keane_
                                            Paul M. Keane (PMK5934)