| | |
|---|---|
| UNITED STATES DISTRICT COURT | 06 Civ. 13439 (RPP) |
| | 07 Civ. 00959 |
| SOUTHERN DISTRICT OF NEW YORK | 07 Civ. 01357 |
| | 07 Civ. 02562 |
| | 07 Civ. 03104 |
| | 07 Civ  03180 |

INDEMNITY INSURANCE CO. OF NORTH AMERICA,

                       Plaintiff,

- against -

C.U. TRANSPORT, INC., et al.,

                       Defendants.

And Five Related Cases

DEFENDANTS, YANG MING MARINE TRANSPORT CORP.'S AND YANG MING (AMERICA) CORP.'S  NOTICE OF MOTION TO DISMISS THE CLAIMS AGAINST THEM ON GROUND OF A MANDATORY AND EXCLUSIVE FOREIGN FORUM SELECTION AGREEMENT

      Please take notice that defendants, YANG MING MARINE TRANSPORT CORP. and YANG MING (AMERICA) CORP., will move this Court at the U.S. Courthouse at 500 Pearl Street, New York, NY, before the Hon. Robert P. Patterson, U.S.D.J., for an order:

      A.    Dismissing the claims against defendant, YANG MING MARINE TRANSPORT CORP. on grounds of a mandatory and exclusive foreign forum selection agreement; and

      B.    Dismissing the claims against defendant, YANG MING (AMERICA) CORP., on grounds that it had no involvement in the transactions, occurrences or events sued on, or in the alternative, on grounds of the said mandatory and exclusive foreign forum selection agreement.

      Please take further notice that your answering papers and opposing memoranda must be served and filed within the time provided for in Local Civil Rule 6.1(b).

Dated:     New York, NY

           July 31, 2007

CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR, LLP, 61 Broadway, Ste. 3000
New York, NY 10006 – Tel. 212-344-7042

By: /s/_____Paul M. Keane_____
        Paul M. Keane [PK-5934]
Attorneys for Defendants, YANG MING MARINE TRANSPORT CORP. & YANG MING (AM.) CORP.