UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

06 CV 13439 (RPP)
07 CV 00959, 01357, 02562, 03104, 03180

---

INDEMNITY INSURANCE CO. OF NORTH AMERICA,

                Plaintiff,

- against -

C.U. TRANSPORT, INC., et al.,

                Defendants.

And Five Related Cases

NOTICE TO PRODUCE PROPOUNDED BY DEFENDANTS, YANG MING MARINE TRANSPORT CORP. AND YANG MING (AMERICA) CORP. TO ALL OPPOSING COUNSEL IN CONJUNCTION WITH DISMISSAL MOTION

---

PLEASE TAKE NOTICE that in conjunction with the undersigned's motion to dismiss, you are requested to produce along with your answering papers true and complete copies of both sides – with legible terms and conditions - of all bills of lading, waybills or other contracts of carriage or affreightment which:

(a)    You will rely upon in opposing the prefixed motion to dismiss; and/or

(b)    Which covered any of the cargoes which are the subject of these actions (except for the bills of lading issued by YANG MING MARINE TRANSPORT CORP.)

Dated: New York, NY, July 31, 2007

        CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR, LLP
        61 Broadway 3000, New York, NY 10006 – (212) 344-7042
        Attorneys for Defendants, YANG MING MARINE TRANSPORT CORP. and YANG MING (AMERICA) CORP.

        By:    /s/ _____Paul M. Keane_____
                PAUL M. KEANE [PK-5934]