# EXHIBIT A

陽明海運股份有限公司
YANG MING MARINE TRANSPORT CORP.

ORIGINAL
BILL OF LADING

| Shipper | Booking No. | S/L No. |
|---|---|---|
| T.H.I. GROUP LTD. TIANJIN OFFICE<br>RM1702, NO.81 TIANXING RIVERFRONT<br>SQUARE, SHIYIJING ROAD, HEDONG<br>DISTRICT, TIANJIN, CHINA.P.R.C.300171<br>TEL:022-24310136 FAX:022-24137032 | Export Reference<br>AUTO-NVO/KOIT | YMLUE235003940 |
| Consignee (non-negotiable unless consigned to order)<br>KAMINO INT'L TRANSPORT INC (NEWARK)<br>635 RAMSEY AVE HILLSIDE NY<br>07205<br>TEL:908-687-3552 FAX:908-687-3345 | Forwarding agent references | |
| | Point and Country of Origin of goods | |
| Notify party<br>SAME AS CONSIGNEE | ALSO NOTIFY | |

| *Precarried by | *Place of Receipt<br>XINGANG, CHINA | Onward Inland routing |
|---|---|---|
| Vessel   Voy No.   Flag | Port of Loading<br>XINGANG, CHINA | |
| Port of Discharge<br>NEW YORK, NY | *Place of Delivery<br>NEW YORK, NY | Delivery status<br>Port |

PARTICULARS FURNISHED BY MERCHANT

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | Measurement(CBM)<br>Gross Weight(KGS) |
|---|---|---|---|
| N/M | 1 CTNR | SHIPPER'S LOAD AND COUNT.<br>S.T.C : 671CARTONS<br>HATS & CAPS<br>(WOOL FELT HATS)<br>***TLX RLS*** | 52.930CBM<br>1771.200KGS<br>FREIGHT COLLECT<br>LOADED ON M/V:<br>AT:XINGANG, CHINA<br>ON:JUL/08/06<br>CRD:JUL/05/06 |

YMLU4383961 40'DC FCL/FCL 7734654 671CARTONS 1771.20KGS 52.930CBM

Declared values $ ... If Merchants declare Value of Goods and pays
the applicable ad valorem rate, Carrier's package limitation shall not
apply See Clause 21(2)(a)(3) hereof

Place and Date of Issue XINGANG   JUL/08/06
On Board Date   JUL/08/06

| ITEM NO | CHG | RATED AS | PER | RATE | PREPAID | COLLECT | B/L NO |
|---|---|---|---|---|---|---|---|
| 636866 | OF | 1.000 | C4D | USD 3250.00 | | 3250.00 | YMLUE235003940 |
| | PE | 1.000 | C4D | USD 300.00 | | 300.00 | |
| | PU | 1.000 | C4D | USD 4.00 | | 4.00 | |
| | SQ | 1.000 | CSN | USD 25.00 | | 25.00 | |
| | VS | 1.000 | C4D | USD 6.00 | | 6.00 | |
| | CY | 1.000 | C4D | CNY 560.00 | 560.00 | | |
| | DF | 1.000 | CSN | CNY 115.00 | 115.00 | | |

Rate of exchange
Number of Original B(s)/L   3   Total   CNY 675.00
USD   3585.00
Payable at   XINGANG   NEW YORK

as agent for Yangming Marine
Transport Corporation as carrier

A-1

# YANG MING MARINE TRANSPORT CORP.

## BILL OF LADING

| Shipper | Booking No. | B/L No. |
|---|---|---|
| HARBOR INTERNATIONAL FURNITURE CO.,LTD.NO.15 YINGBIN ROAD,URUMQI. XINJIANG,CHINA 830026 TEL:0991-3628255 FAX:0991-3850299 | YXAW169201 | YMLUE235003904 |

| Consignee | Forwarding agent references |
|---|---|
| M FORTUNOFF OF WESTBURY CORP 70 CHARLES LINDBERGH BLVD UNIONDALES,NY 11553 T:516-542-5836 FAX:516-542-4424 | |

| | Point and Country of Origin of goods |
|---|---|

| Notify party | ALSO NOTIFY |
|---|---|
| M FORTUNOFF OF WESTBURY CORP 70 CHARLES LINDBERGH BLVD UNIONDALES,NY 11553 T:516-542-5836 FAX:516-542-4424 | MEADOWS NYE 2506 FOREST AVENUE STATEN ISLAND,NY 10303 TEL:718-983-9702 FAX:718-494-4167 CONTACT:LISA FORD |

| Presented by | Place of Receipt | Onward inland routing |
|---|---|---|
| EASLINE TIANJIN V.192 | XINGANG, CHINA | AWT-All Water |

| Vessel  Voy No.  flag | Port of Loading | |
|---|---|---|
| HANJIN NAGOYA 053E | XINGANG, CHINA | |

| Port of Discharge | Place of Delivery | Delivery status |
|---|---|---|
| NEW YORK, NY | NEW YORK, NY | |

### PARTICULARS FURNISHED BY MERCHANT

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | Measurement / Gross Weight(KGS) |
|---|---|---|---|
| | 1 CTNR | SHIPPER'S LOAD AND COUNT. S.T.C : 213 CARTONS | 67.900 CBM 6194.000 KGS |
| LEGACY ITEM NO.: P.O.NO.:1023051 C/NO.1-213 MADE IN CHINA | | WOODEN K.D. FURNITURE (TABLE,CHAIR,CHEST) PURCHASE ORDER NUMBER:1023051 SHIP TO:M FORTUNOFF OF WESTBURY CORP HANOVER WAREHOUSE 100 CENTRAL AVE BLDG#11 SOUTH KEARNY,NJ,UNITED STATES 07032 ITEM:441 SOLID :NEW ZEALAND PINE VENEER:WESTERN KNOTY PINE ***THE INLAND TRANSIT BEYOND B/L FINAL DESTINATION TO SOUTH KEARNY,NJ SHALL BE ARRANGED BY CARGO OWNER AND AT THEIR COSTS AND RISKS. THIS SHIPMENT CONTAINS NO SOLID | FREIGHT COLLECT LOADED ON M/V : EASLINE TIANJIN VOY : 192 AT: XINGANG, CHINA ON: 2006.07.08 CRD:2006.07.06 |
| YMLU9214532  40'HQ FCL/FCL YML7728117 | | 213 CARTONS | |

| | | | Place and Date of Issue | XINGANG, TG  2006.07.08 |
|---|---|---|---|---|
| Declared value $ ad valorem rate. | If Merchant declares value of Goods and pays the applicable | | On Board Date | 2006.07.08 |
| | | | B/L NO | YMLUE235003904 |

| ITEM NO | C-G | RATED AS | PER | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|---|
| Freight as Arranged | | | | | | |

Rate of Exchange
Number of Original B(s)/L    3    Total

payable at    XINGANG, T.T    NEW YORK, NY

A-2

# YANG MING MARINE TRANSPORT CORP.

**BILL OF LADING** (8)

| Shipper | Booking No. | B/L No. |
|---|---|---|
| HARKOR INTERNATIONAL FURNITURE (TIANJIN) MANUFACTURE CO.LTD. 51,SEVENTH AVENUE,TEDA TIANJIN,CHINA 300457 TEL:09913628555 FAX:09913650299 | YXAM269262 | YMLUE235003905 |

**Export References**

**Consignee**
M FORTUNOFF OF WESTBURY CORP
70 CHARLES LINDBERGH BLVD
UNIONDALES,NY 11553
T:516-542-5836 FAX:516-542-4424

**Forwarding agent references**

**Point and Country of Origin of goods**

**Notify party**
M FORTUNOFF OF WESTBURY CORP
70 CHARLES LINDBERGH BLVD
UNIONDALES,NY 11553
T:516-542-5836 FAX:516-542-4424

**ALSO NOTIFY**
MEADOWS M/E
2506 FOREST AVENUE STATEN ISLAND,NY
10303 TEL:718-983-9762
FAX:718 494-4167 CONTACT:LISA FORD

| Presented by | Place of Receipt | Onward inland routing |
|---|---|---|
| EASLINE TIANJIN V.192 | XINGANG, CHINA | AWT-All Water |

| Vessel Voy No flag | Port of Loading |
|---|---|
| HANJIN NAGOYA 053E | XINGANG, CHINA |

| Port of Discharge | Place of Delivery | Delivery status |
|---|---|---|
| NEW YORK, NY | NEW YORK, NY | |

**PARTICULARS FURNISHED BY MERCHANT**

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | Measurement / Gross Wgt (KGS) |
|---|---|---|---|
| | 1 CTNR | SHIPPER'S LOAD AND COUNT. S.T.C : 170 CARTONS | 55.900 CBM 6952.000 KGS |
| LEGACY ITEM NO.: P.O.NO.:1023041 C/NO.1-170 MADE IN CHINA | | WOODEN K.D. FURNITURE (TABLE,CHAIR,CHEST,BED) PURCHASE ORDER NUMBER:1023041 SHIP TO:M FORTUNOFF OF WESTBURY CORP HANOVER WAREHOUSE 100 CENTRAL AVE BLDG#11 SOUTH KEARNY,NJ.UNITED STATES 07032 ITEM:440,441 SOLID :NEW ZEALAND PINE VENEER:WESTERN KNOTY PINE ***THE INLAND TRANSIT BEYOND B/L FINAL DESTINATION TO SOUTH KEARNY,NJ SHALL BE ARRANGED BY CARGO OWNER AND AT THEIR COSTS AND RISKS. THIS SHIPMENT CONTAINS NO SOLID | FREIGHT COLLECT LOADED ON M/V : EASLINE TIANJIN VOY : 192 AT : XINGANG, CHINA ON : 2006.07.08 CRD:2006.07.06 |
| YMLU8152440  40'HQ FCL/FCL YML/7716170 | | 170 CARTONS | |

Place and Date of Issue: XINGANG, RC 2006.07.06
On Board Date: 2006.07.06
B/L NO. YMLUE235003905

| ITEM NO | D/C | RATED AS | PER | RATE | PREPAID | COLLECT | B/L NO |
|---|---|---|---|---|---|---|---|
| Freight as Arranged | | | | | | | |

Freight as Arranged

payable at    XINGANG    NEW YORK, NY

A·3

0005

陽明海運股份有限公司
YANG MING MARINE TRANSPORT CORP.

COPY NON-NEGOTIABLE
BILL OF LADING

| Shipper | Booking No. YXAW169116 | B/L No. YMLUE235004441 |
|---|---|---|
| T.H.I. GROUP LTD. TIANJIN OFFICE RM1702,NO.81 TIANXING RIVERFRONT SQUARE,SHIYIJING ROAD,HEDONG DISTRICT,TIANJIN,CHINA.P.R.C.300171 TEL:022-24310136 FAX:022-24137032 | Export Reference AUTO-NVO/EMIF | |
| Consignee EMPIRE INTER-FREIGHT CORP. 3840 PARK AVENUE,SUITE 201 EDISON,NJ  08820 USA TEL:732-6359696 FAX:732-6359595 ATTN:PETER SHEN | Forwarding agent references | |
| | Point and Country of Origin of goods | |
| Notify party SAME AS CONSIGNEE | ALSO NOTIFY | |

| *Precarried by | *Place of Receipt XINGANG, CHINA | Onward inland routing IPI | |
|---|---|---|---|
| Vessel  Voy No.  flag | Port of Loading XINGANG, CHINA | | |
| Port of Discharge NEW YORK, NY | *Place of Delivery BOSTON, MA | Delivery status Door | |

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | Measurement(M) GrossWeight(KGS) |
|---|---|---|---|
| | 2 CTNRS | SHIPPER'S LOAD AND COUNT. S.T.C : 2794CARTONS KITCHENWARE (STANLESS STEEL FORK,KNIFE,SCOOP) ***TLX RLS*** | 103.000CBM 38235.000KGS |
| PO#:45034860/4503479 2 TAUNTON VIA BOSTON C/NO.:MADE IN CHINA | | | FREIGHT COLLECT LOADED ON M/V: AT:XINGANG,CHINA ON:JUL/08/06 CRD:JUL/06/06 |
| CAXU7379780 40'DC FCL/FCL  7742634  1794CARTONS 19135.00KGS 47.000CBM | | | |
| YMLU4394605 40'DC FCL/FCL  7742633  1000CARTONS 19100.00KGS 56.000CBM | | | |

| | | | | Place and Date of Issue XINGANG | JUL/08/06 |
|---|---|---|---|---|---|
| | | | | On Board Date | JUL/08/06 |
| ITEM NO | CHG | RATED AS | PER | RATE | PREPAID | COLLECT | B/L No |
| | OF | 2.000 | C4D | USD 3800.00 | | 7600.00 | YMLUE235004441 |
| | FS | 2.000 | C4D | USD   70.00 | |  140.00 | |
| | PE | 2.000 | C4D | USD  200.00 | |  400.00 | |
| | VS | 2.000 | C4D | USD    6.00 | |   12.00 | |
| | SQ | 1.000 | CSN | USD   25.00 | |   25.00 | |
| | CY | 2.000 | C4D | CNY  560.00 | 1120.00 | | |
| | DF | 1.000 | CSN | CNY  115.00 |  115.00 | | |

Rate of exchange
Number of Original B(s)/L  3

Total  CNY 1235.00   USD        8177.00

Payable at  XINGANG   BOSTON

**COPY**

BY ............ as agent for Yangming Marine Transport Corporation, as carrier

A-4


**YANG MING MARINE TRANSPORT CORP.**

## COPY NON-NEGOTIABLE BILL OF LADING

| Shipper | Booking No. YXAW169090 | B/L No. YMLUE235003926 |
|---|---|---|
| LIAONING ZHH-CDS LOGISTICS CO., LTD. ROOM B208, GUOMEN BUILDING 1 ZUO JIA ZHUANG, CHAOYANG DISTRICT BEIJING 100028, P.R.C.  TEL: 86 10 64688882  FAX: 86 10 64684679 | Export References AUTO-NVO/ANQI | |
| Consignee CDS OVERSEAS INC. ONE CROSS ISLAND PLAZA, SUITE 111, ROSEDALE NY 11422, U.S.A. TEL: (718)276-3388 FAX: (718)276-2288 | Forwarding agent references | |
| | Point and Country of Origin of goods | |
| Notify party SAME AS CONSIGNEE | ALSO NOTIFY | |

| Pre-carried by EASLINE TIANJIN V.192 | Place of Receipt XINGANG, TJ | Onward inland routing AWT-All Water |
|---|---|---|
| Vessel Voy No. TIANJIN NAGOYA 053E | Port of Loading XINGANG, TJ | |
| Port of Discharge NEW YORK, NY | Place of Delivery NEW YORK, NY | Delivery status |

### PARTICULARS FURNISHED BY MERCHANT

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | Measurement (M) / Gross Weight (KG) |
|---|---|---|---|
| | 2 CTNR | SHIPPER'S LOAD AND COUNT S.T.C : 1245 CARTONS | 24567.000 KG |
| _X_X_ GROSS WEIGHT_ NET WEIGHT_ NET NET WEIGHT DESTINATION PORT NEW YORK ENDURANCE LLC MADE IN : MONGOLIA | | MEN'S 100%COTTON KNIT T-SHIRT MEN'S 75%COTTON 25%POLYESTER KNIT PANT S/C#675506 ***TLX RLS*** | FREIGHT COLLECT LOADED ON M/V EASLINE TIANJIN VOY : 192 AT: XINGANG, TJ ON: 2006.07.08 CRD:2006.07.06 |
| YMLU4796693  40'DC FCL/FCL YML7738002 YMLU8289594  40'HQ FCL/FCL YML7738084 | | 562 CARTONS 683 CARTONS | |

XINGANG, TJ  2006.07.08

Declared value $ ___ If Merchant enters value of Goods and pays the applicable ad valorem rate, Carrier's package limitation shall not apply. See Clause 23 (2)&(3) hereof.

Place and Date of Issue 2006.07.08
On Board Date
B/L NO YMLUE235003926

| ITEM NO | CHG | RATED AS | PER | RATE | PREPAID | COLLECT | B/L NO |
|---|---|---|---|---|---|---|---|
| | | | | CNY USD Total | 1235.00 25.00 | 7470.00 | |

The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back and to carrier's applicable tariff. If required by the Carrier, this Bill of Lading duly endorsed be surrendered in exchange for the goods or Delivery An endorsement on this Bill of Lading that the Goods "On Board" shall mean that the Goods are loaded On the Vessel named on this Bill of Lading, or loaded On the facilities at any Underlying Carrier or Sub-Contractor for carriage in accordance with the terms of this Bill of Lading. IN WITNESS WHEREOF, the undersigned has signed of this Bill of Lading, all of the same tenor and date, one of which being accomplished, the others to stand void.

Yang Ming Marine Transport Company Ltd.

Rate of Exchange ___
Number of Original B(s)/L ___

See Attached List         XINGANG, TJ    NEW YORK, NY

A-5



**YANG MING MARINE TRANSPORT CORP**

## COPY NON-NEGOTIABLE BILL OF LADING

| Shipper | Booking No | B/L No |
|---|---|---|
| PHOENIX INT'L FREIGHT SERVICES LTD. (TIANJIN) ROOM 1110 THE EXCHANGE NORTH TOWER,189 NANJING ROAD,HEPING DISTRICT,TIANJIN 300051 P.R.C TEL:(022)85685588 FAX:(022)85685585 | YXPS168307 | YMLUW235012895 |

Export References: AUTO-NVO/PIFW

Consignee:
PHOENIX INT'L FREIGHT SERVICES, LTD. (CHICAGO)
855 IL RT 83 (BUSSE ROAD) BENSENVILLE
IL 60106-1219   TEL:630 274 7950
FAX:630 274 7945

Forwarding agent references: 147370

Notify party: SAME AS CONSIGNEE

Also Notify:

| Pre-carriage by | Place of Receipt | Onward inland routing |
|---|---|---|
| EASLINE TIANJIN V.192 | XINGANG, TJ | IPI-Inland Point Inter-modal |
| Vessel / Voy No: YM WEALTH 26E | Port of Loading: XINGANG, TJ | |
| Port of Discharge: LOS ANGELES, CA | Place of Delivery: CHICAGO, IL | Delivery status: RAMP |

PARTICULARS FURNISHED BY MERCHANT

| MKS & NOS CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | Measurement |
|---|---|---|---|
| | 1 CTNR | SHIPPER'S LOAD AND COUNT: S.T.C : 2052 CARTONS | 57.540 CBM 19542.000 KGS |
| P.O.TJC-71301-7201 | | CAULKING GUN EXTENSION POLE THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL. | FREIGHT COLLECT LOADED ON M/V : EASLINE TIANJIN VOY : 192 AT: XINGANG, TJ ON: 2006.07.08 ORD:2006.07.06 |
| MLCU4319495  40'DC FCL/FCL 007171 | | 2052 CARTONS | |

XINGANG, TJ   2006.07.08
Place and Date of Issue  2006.07.08
On Board Date

B/L NO  YMLUW235012895

| ITEM NO | CHG | RATED AS | PER | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|---|
| Freight as Arranged | | | | | | |

Young Carrier Company Ltd

A-6

```
T.H.I. GROUP LTD. TIANJIN OFFICE
RM1702,NO.81 TIANXING RIVERFRONT              0061            YMLUE235003933
SQUARE,SHIYIJING ROAD,HEDONG
DISTRICT,TIANJIN,CHINA.P.R.C.300171  AUTO-NVO/LUFR
   TEL:022-24310136 FAX:022-24137032

LAUFER FREIGHT LINES,LTD.
20 VESEY STREET,ST 601 NEW YORK NY
10007 TEL:1-212-9456000
FAX:1-212-9453324


SAME AS CONSIGNEE




                    XINGANG
         019E
YM SHANGHAI         XINGANG

NEW YORK            NEW YORK


              1 CTNR   SHIPPER'S LOAD AND COUNT.           26.030 CBM
                       S.T.C.:   660 CARTONS               19505.000 KGS
--------------------------------------------------------------------------
F.5441                 BUILDING MATERIAL                   FREIGHT CLT
PORT OF NEW YORK       (CHINESE WHITE OAK FLOORING)
283PO#1171             A/C CROSS ISLAND TRADING            LOADED ON M/V:
MADE IN CHINA                                              YM SHANGHAI
                                                           VOY: 019E
                                                           AT:  XINGANG
                                                           ON:  JUL/08/06
                                                           CRD: JUL/06/06




YMLU5044350 40'DC FCL/FCL 751242           660CARTONS 19505.00KGS 26.030M
                                              XINGANG          JUL/08/06
                          TANG                                 JUL/08/06
                                                       YMLUE235003933
258806
SEE ATTACHED LIST ...


                                                    T.H.I. (Hong Kong)
                                                    Ltd., Shanghai Office



                         USD                3471.00
         3               CNY     675.00



See Attached List ...        XINGANG
```

```
** ATTACHED LIST **        YM SHANGHAI V-019E

B/L NO: YMLUE235003933    MFST NO:      006                      PAGE: 1

FREIGHT/CHARGE DETAILS
------------------------------------------------------------------------
 58806     OF  1.000C4DUSD 3200.00                  3200.00
           PE  1.000C4DUSD  200.00                   200.00
           SQ  1.000CSNUSD   25.00                    25.00
           VS  1.000C4DUSD    6.00                     6.00
           CY  1.000C4DCNY  560.00       560.00
           DF  1.000CSNCNY  115.00       115.00
           CK  1.000CSNUSD   40.00                    40.00


** END OF ATTACHED LIST **
```

**YANG MING MARINE TRANSPORT CORP.**  SEA WAYBILL

| Shipper | Booking No | Waybill No |
|---|---|---|
| TIANJIN MASTER HOME FURNITURE CO.,LTD TIANJIN ECONOMIC TECHNOLOGICAL DEVELOPMENT AREA(TEDA) 159 DONGTING ROAD TIANJIN 300457 P.R. CHINA TEL:022-25324746 FAX:022-25324744 | YXAW169203 | YMLUE235003906 |

Export References

| Consignee | Forwarding agent references |
|---|---|
| KLAUSSNER INTERNATIONAL ,LLC 405 LEWALLEN ROAD ASHEBORO,NC 27205 PHONE:336-625-6174 FAX:336-626-3422 | |

Point and Country of Origin of goods

| Notify party | ALSO NOTIFY |
|---|---|
| ROGERS & BROWN 348 SHIPYARD BLVD WILMINGTON,NC 28412 PHONE:910-395-6200 FAX:910-395-2806 | PLANT 18-SE WAREHOUSE 200 KENNEDY STREET ROBBINS,NC 27325 TEL:(336)625-6174 FAX:(336)626-3422 |

| Precarried by | Place of Receipt | Onward inland routing |
|---|---|---|
| EASLINE TIANJIN V.192 | XINGANG, TJ | AWT-All Water |

| Vessel Voy No. flag | Port of Loading |
|---|---|
| YM KAOHSIUNG 014E | XINGANG, TJ |

| Port of Discharge | Place of Delivery | Delivery status |
|---|---|---|
| WILMINGTON, NC | ROBBINS, NC | DOOR |

PARTICULARS FURNISHED BY MERCHANT

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | Measurement(M) Gross Weight KGS |
|---|---|---|---|
| | 3 CTNR | SHIPPER'S LOAD AND COUNT S.T.C : 396 CARTONS | 161.052 CBM 16040.000 KGS |
| KLAUSSNER INTERNATIONAL | | FURNITURE(BED,DRESSER,MIRROR,CHEST, ARMOIRE,CURIO,TABLE,CHAIR) PO# 48298,50645,50643 S/C# 432406 | FREIGHT COLLECT LOADED ON M/V: EASLINE TIANJIN VOY : 192 AT: XINGANG, TJ ON: 2006.07.08 CRD:2006.07.07 |
| TEXU5230915  40'HQ FCL/FCL YML7742639 YMLU2769132  20'DC FCL/FCL YML7742636 YMLU8255697  40'HQ FCL/FCL YML7742640 | | 153 CARTONS 90 CARTONS 153 CARTONS | |

Declared value $  
ad valorem rate. Carrier's package limitation. If Merchant enters value of Goods and pays the applicable rate, Carrier's package limitation shall not apply. See Clause 23 (2)&(3) hereof

Place and Date of Issue: XINGANG, TJ  2006.07.08  
On Board Date: 2006.07.08

| ITEM NO | CHG | RATED AS | PER | RATE | PREPAID | COLLECT | SEA WAYBILL NO. |
|---|---|---|---|---|---|---|---|
| Freight as Arranged | | | | | | | YMLUE235003906 |

The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to carrier's applicable tariff.

Delivery of the Goods will be made to the Consignee or his authorized representative upon proper proof of identity and authorization without the need of producing or surrendering a copy of this Sea Waybill.

Young Carrier Company Ltd

Rate of Exchange

| | Total | | | |
|---|---|---|---|---|
| | payable at | XINGANG, TJ | ROBBINS, NC | By _____ as agent for Yang Ming Marine Transport Corporation, as carrier |
| | or through transportation | | | |

A-7