| | |
|---|---|
| UNITED STATES DISTRICT COURT | 06 Civ. 13439 (RPP) |
| | 07 Civ. 00959 |
| SOUTHERN DISTRICT OF NEW YORK | 07 Civ. 01357 |
| | 07 Civ. 02562 |
| | 07 Civ. 03104 |
| | 07 Civ  03180 |

INDEMNITY INSURANCE CO. OF
NORTH AMERICA,

                        Plaintiff,

    - against -

C.U. TRANSPORT, INC., et al.,

                      Defendants.

And Five Related Cases

DECLARATION OF PAUL M. KEANE IN SUPPORT OF THE DISMISSAL MOTION OF DEFENDANTS, YANG MING MARINE TRANSPORT CORP. AND YANG MING (AMERICA CORP.)

PAUL M. KEANE declares that the following statement is true under the penalties of perjury:

1.    I am an attorney at law admitted to practice before this Court and I am a member of the firm of Cichanowicz Callan Keane Vengrow & Textor, LLP, attorneys for defendants, YANG MING MARINE TRANSPORT CORP. and YANG MING (AMERICA) CORP., in the above captioned related actions.

2.    The pleadings that are Exhibits C – I of this motion are true and complete copies of the services copies of those pleadings.

Dated:    New York, NY,  July 31, 2007

                                            /s/         Paul M. Keane
                                                  PAUL M. KEANE [PK-5934]