# EXHIBIT E

John Eric Olson, Esq. (JO4394)
HILL RIVKINS & HAYDEN LLP
45 Broadway
New York, New York 10006
(212) 669-0600

Attorneys for Plaintiff, Reed & Barton Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
REED & BARTON CORPORATION,

Index No. 07 Cv. 1357
(Judge Preska)

Plaintiff,

- against -

**AMENDED**
**COMPLAINT**

UNIFREIGHT FORWARDER INC., M.V.
EASLINE TIANJIN, in rem; and YANG MING
MARINE TRANSPORT CORP.,

Defendants.
-----------------------------------------------------------X

The plaintiff herein, by its attorneys, HILL RIVKINS & HAYDEN LLP, complaining of

the above named vessel and defendants, alleges upon information and belief.

**FIRST**:        This is an admiralty or maritime claim within the meaning of Rule 9(h) of

the Federal Rules of Civil Procedure.

**SECOND**:        At and during all the times hereinafter mentioned, plaintiff had and now

has the legal status and principal office and place of business stated in Schedule A hereto

annexed and by this reference made a part hereof.

**THIRD**:        At and during all the times hereinafter mentioned, the defendants have and

now have the legal status and offices and places of business stated in Schedule A, and were and now are engaged in business as a common carriers of merchandise by water for hire.

    **FOURTH**:    On or about the date and at the port of shipment stated in Schedule A, there was delivered to the defendants in good order and condition the shipment described in Schedule A, which the said defendants received, accepted and agreed to transport for certain consideration to the port of destination stated in Schedule A.

    **FIFTH**:    Thereafter, the said shipment arrived at the port of destination described in Schedule A, and the cargo was either not delivered, or delivered in damaged condition.

    **SIXTH**:    By reason of the premises, the above named defendants breached, failed and violated their duties and obligations as a common carrier and was otherwise at fault.

    **SEVENTH**:    Plaintiff was the consignee of the shipment as described in Schedule A, and brings this action on its own behalf and, as agent and trust, on behalf of and for the interest of all parties who may be or become interested in the said shipment, as their respective interests may ultimately appear, and plaintiff is entitled to maintain this action.

    **EIGHTH**:    Plaintiff has duly performed all duties and obligations on its part to be performed.

    **NINTH**:    By reason of the premises, plaintiff has sustained damages as nearly as same can now be estimated, no part of which has been paid, although duly demanded, in the amount of $250,000.

*W H E R E F O R E*, plaintiff prays:

1. That process in due form of law according to the practice of this Court may issue against the vessel and the defendants; and,

2. That if defendants cannot be found within this District, that all of their properties within this District, as shall be described in an affidavit, be attached in the sum set forth in this complaint, with interest and costs; and,

3. That a decree may be entered in favor of plaintiff against the defendants for the amount of plaintiff's damages, together with interest and costs; and,

4. Plaintiff further prays for such other, further and different relief as to this Court may seem just and proper in the premises.

Dated: New York, New York
        April 10, 2007

                                         HILL RIVKINS & HAYDEN LLP
                                         Attorneys for Plaintiff

                              By:        _____
                                         John Eric Olson (JO 4394)
                                         45 Broadway
                                         New York, New York 10006
                                         (212) 669-0600

–3–

## SCHEDULE A

*Plaintiff's legal status and place of business:*

Plaintiff, Reed & Barton Corporation, is a corporation having a principal place of business at 144 West Brittania Street, Tauton, MA 02780.

*Defendants' legal status and place of business:*

Defendant, Unifreight Forwarder Inc. is a corporation or other business entity with a place of business at 74 #29 Pao Chin Ching Street, Taipei, Taiwan, and has an agent, Empire Inter-Freight Corp., 3840 Park Avenue, Suite 201, Edison, New Jersey 08820.

Defendant, Easline Tianjin, in rem, is a vessel registered under the laws of Singapore.

Defendant, Yang Ming Marine Transport Corp. is a coporation or other business entity with a place of business c/o Yang Ming (America) Corp., 525 Washington Blvd., 25th Floor, Newport Office Tower, Jersey City, NJ 07310.

| | |
|---|---|
| **Date of Shipment:** | July 8, 2006 |
| **Port of Shipment:** | Xingang, China |
| **Port of Discharge:** | New York, New York |
| **Place of Delivery:** | Boston, MA |
| **Shipper:** | TTX Group |
| **Consignee:** | Reed & Barton Corporation |
| **B/L:** | TJN060329 (Unifreight); YMLUE23500441 (Yang Ming) |
| **Notify:** | C.H. Powel Co. |
| **Description of Shipment:** | Stainless Steel Flatware |
| **Nature of Loss or Damage:** | Physical Damage and non-delivery |

29356\005Amended Complaint

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

REED & BARTON CORPORATION,

                                                        Index No. 07 Cv. 1357

                                                        (Judge Preska)

                              Plaintiff,         **AFFIDAVIT OF**
                                                 **SERVICE BY MAIL**
         - against -

UNIFREIGHT FORWARDER INC., M.V.
EASLINE TIANJIN, in rem; and YANG MING
MARINE TRANSPORT CORP.,

                              Defendants,
------------------------------------------------------------X
STATE OF NEW YORK        :
                         : SS:
COUNTY OF NEW YORK       :

        The undersigned, being duly sworn, deposes and says: I am not a party to the
action, am over 18 years of age and reside at 30 Angela Circle, Hazlet, New Jersey
07730. That on the 10th day of April, 2007, I served the annexed **SUPPLEMENTAL
SUMMONS AND AMENDED COMPLAINT** by depositing a true copy thereof
enclosed in a post-paid wrapper, in an official depository under the exclusive care and
custody of the U.S. Postal Service within New York state, addressed to each of the
following persons at the last known address set forth after each name:

        Unifreight Forwarder Inc.
        c/o Empire Inter-Freight Corp., 3840 Park Avenue, Suite 201,
        Edison, New Jersey 08820.

        Yang Ming Marine Transport Corp
        c/o Yang Ming (America) Corp.,
        525 Washington Blvd., 25th Floor, Newport Office Tower,
        Jersey City, NJ 07310.

                                             _____
                                                     Donna Somma

Sworn to before me this
10th day of April, 2007.

_____
        Notary Public

                ROBERT BLUM
        Notary Public, State Of New York
                No.01BL4914091
            Qualified In Kings County
        Certificate Filed In New York County
        Commission Expires December 7, 20__