# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699                e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

SEP 13 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

September 13, 2007

<u>Fax Transmission – 212-805-7917</u>
The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  (2) Insurance Company of North America v.
C.U. Transport Inc., China United Transport, Inc.,
Kawasaki Kisen Kaisha Ltd., K-Line;
M/V "EASLINE TIANJIN", etc.,
07 Civ. 959 (RPP)

(3) Reed & Barton Corporation v.
M.V. Easline Tianjin, <u>in rem</u> and Yang
Ming Marine Transport Corp. and
Unifreight Forwarder Inc.
07 Civ. 1357 (RPP)

(4) American Home Assurance Co. <u>et al.</u> v.
Easline Tianjin, <u>et al.</u>
07 Civ. 2562 (RPP)

(5) The Travelers v. M/V EASLINE TIANJIN
07 Civ. 3104 (RPP)

(6) Klaussner International LLC v. MV. EASLINE
TIANJIN, etc., et ano.
07 Civ. 3180 (RPP)
Our File No.: 29356-JEO

**MEMO ENDORSE**

Dear Judge Patterson:

We represent the plaintiffs in the actions referred to above as (3) and (6). We are writing on behalf of the other plaintiffs in actions (2), (4) and (5), and with the consent of

---

NEW JERSEY
175 North Broadway
South Amboy, NJ 07879-1638
Tel: (732) 858-0300  Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515  Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274  Fax: (203) 315-9264
e-mail: hillrivkinsct@xnet.net

CALIFORNIA
Of Counsel:
Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 859-4910  Fax: (916) 859-4911

September 13 2007
Page 2

counsel for Yang Ming Transport Corporation and Yang Ming (America) Corporation ("Yang Ming") in all of the above actions, to request a further two week extension until September 28, 2007 for all plaintiffs to file opposition papers to Yang Ming's Motions to Dismiss.

As we advised in our August 23, 2007 letter, settlement negotiations were progressing. We are pleased to report that most of the plaintiffs have agreed to their attorney's recommendations with respect to the negotiations, however, two plaintiffs have not yet responded to the recommendation to settle.

We believe an additional two weeks will allow all the parties to resolve the outstanding settlement issues.

> Respectfully submitted,
>
> HILL RIVKINS & HAYDEN LLP
>
> John Eric Olson

JEO:ds

*Application granted so ordered*
*[signature]*
*USDJ*
*9/13/7*

cc:  **Fax Transmission – 212-376-6488**
Edward Radzik, Esq.
McDermott & Radzik

**Fax Transmission – 212-344-7285**
Paul Keane, Esq.
Cichanowicz Callan Keane Vengrow & Textor LLP

**Fax Transmission - 212-732-7352**
David L. Mazaroli
Law Offices of David L. Mazaroli

**Fax Transmission - 516-877-2230/2240**
Jim Krauzlis, Esq.
Badiak & Will LLP

29356\018JudgePatterson

