8923/PMK
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KLAUSSNER INTERNATIONAL, LLC,

                Plaintiff,

-against-

M/V "EASLINE TIANJIN", *in rem*, and YANG MING TRANSPORT CORP.;

                Defendant.

07 cv 3180 (RPP)

**Related cases:**
**06 cv 13439 (RPP)**
**07 cv 1357 (RPP)**
**07 cv 2562 (RPP)**
**07 cv 3104 (RPP)**
**07 cv 959 (RPP)**

**ECF CASE**

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

      IT IS STIPULATED AND AGREED by and between the undersigned attorneys for all the parties to this action that, no party hereto being an infant or incompetent:

      1.     Any and all claims asserted herein against defendants, YANGMING MARINE TRANSPORT CORP. (a.k.a. YANG MING LINES), YANG MING (U.K.) LTD., and/or YANG MING AMERICA CORP., are dismissed with prejudice and without costs to any party as against the other party.

2.  This action may be reopened within 45 days of settlement is not consummated.

Dated: New York, NY
       October 22, 2007

_____
Paul M. Keane ( PMK 5934)
Cichanowicz, Callan, Keane
61 Broadway, Suite 3000
New York, NY 10006
212-344-7042  Fax: 212-344-7285

_____
John Eric Olson, Jr., (JO 4394)
Hill, Rivkins and Hayden
45 Broadway
New York, NY 10006
212-669-0600  Fax: 212-669-0699

SO ORDERED:
_____
U.S.D.J.

Dated: New York, NY
       October 23, 2007

2